IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03128-BNB

SAMMY NARANJO,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
CHARLIE DANIELS,
RIVERS, and
JOHN DOE #1,

      Defendants.

---

## ORDER DRAWING CASE

---

      Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED at Denver, Colorado, this 25th day of February, 2013.

                      BY THE COURT:

                      *s/Craig B. Shaffer*
                      Craig B. Shaffer
                      United States Magistrate Judge