**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03128-CMA-KMT

SAMMY NARANJO,

    Plaintiff,

v.

UNITED STATES DEPARMENT OF JUSTICE, et al.
FEDERAL BUREAU OF PRISONS,
CHARLIE DANIELS,
RIVERS, and
JOHN DOE #1,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion to Dismiss and Motion for Summary Judgment of Judge Christine M. Arguello entered on November 29, 2013 it is

ORDERED that the government's Motion to Dismiss (Dkt. # 26) and Motion for Partial Summary Judgment (Dkt. # 27) ARE GRANTED. Further, this Court dismisses both of Mr. Naranjo's claims WITH PREJUDICE and DISMISSES this case.

Dated at Denver, Colorado this 3rd day of December, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk